ORIGINAL

**FILED**

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0213

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0213

TODD MARTIN RUDE,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

MAY 1 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Todd Martin Rude has filed a verified Petition for an Out-of-Time Appeal. As grounds, Rude indicates that he failed to file a timely appeal. He includes a Notice of Appeal, where he explains that on March 1, 2022, the First Judicial District Court denied his petition for postconviction relief. We requested a copy of this Order.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Rude's pleadings were received by this Court on April 28, 2022. His appeal is timely because he has sixty days to perfect an appeal when the State of Montana is a party. M. R. App. P. 4(5)(a)(i). We conclude that Rude has demonstrated extraordinary circumstances to warrant an appeal. Therefore,

IT IS ORDERED that Rude's Petition for an Out-of-Time Appeal is GRANTED.

The Clerk of the Supreme Court is directed to file Rude's accompanying Notice of Appeal as of the date of this Order.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Todd Martin Rude personally.

DATED this 10th day of May, 2022.

                                      Chief Justice

_____

_____

_____

_____
Justices